# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Theodore Scott Mitchell Bey,

    Plaintiff,

v.                                Case No. 2:19–cv–3582

City of Delaware, Ohio, et al,        Judge Michael H. Watson

    Defendants.                 Magistrate Judge Jolson

## OPINION AND ORDER

Theodore Scott Mitchell Bey ("Plaintiff"), proceeding without the assistance of counsel, filed this case and moved to proceed *in forma pauperis*. Mot., ECF No. 1. The Magistrate Judge issued a Report and Recommendation ("R&R") recommending dismissal pursuant to 28 U.S.C. § 1915(a). R&R, ECF No. 3.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* The R&R advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. ECF No. 3. Plaintiff's Complaint is **DISMISSED**, and the Clerk is **DIRECTED** to terminate this case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT